UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of an Arbitration Between:<br><br>PT SUMOHADIWIDJOJO,<br><br>    Applicant<br>    (Respondent below)<br><br>and<br><br>BSB RESIDUAL ASSETS TRUST,<br>BSB TRUST COMPANY, LTD., Trustee,<br><br>    Respondent<br>    (Claimant below).<br><br>CITIZENS BANK,<br><br>    Trustee. | CIVIL ACTION NO. 04-12646 NG<br><br><br><br>**FILING OF DULY CERTIFIED<br>ARBITRAL FINAL AWARD** |

PT Sumohadiwidjojo, pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards as adopted in 9 U.S.C. §§ 201 *et seq.*, by its undersigned attorney, hereby files the attached, duly certified copy of the Final Award of the Singapore International Arbitration Centre dated December 15, 2004, in SIAC Arbitration No. ARB002/04.

Respectfully submitted,

PT SUMOHADIWIDJOJO,

By its Attorneys,

*/s/ Richard Nicholson*

Marjorie Sommer Cooke (BBO# 097800)
Richard S. Nicholson (BBO # 542182)
COOKE, CLANCY & GRUENTHAL, LLP
150 Federal Street
Boston, MA 02110
(617) 428-6800

Dated: December 22, 2004