## COMMONWEALTH OF MASSACHUSETTS
COURT: United States District Court

Suffolk, ss                                          Date of Service:   Dec. 20, 2004

PT Sumohadiwidjojo
    Plaintiff

vs.

BSB Residual Assets Trust, BSB Trust
Company, Ltd., Trustee
    Defendant

CA No. 04-12646 NG

Citizens Bank of Massachusetts
    Trustee

### ANSWER OF TRUSTEE

Citizens Bank of Massachusetts, 53 State Street, Boston, Massachusetts, summoned as trustee for the defendant, makes answer that at the time of this service of the summons upon trustee it had in its possession goods, effects and credits in the amounts as follows:

| Title | | Balance Held |
|---|---|---|
| The BSB Residual Assets Trust<br>c/o Michael Irwin, Chairman | | $364,275.42 |
| The BSB Residual Assets Trust<br>Distribution Account | | $ 5,134.33 |
| The BSB Residual Assets Trust | | $ 307.32 |
| | Total | $369,717.07 |

Signed under oath this 7th day of January, 2005.

By: _____
Donald J. Barry, Jr., BBO No. 031575
Sr. Vice President-Attorney for Trustee
Citizens Bank of Massachusetts
53 State Street, MBS 840
Boston, MA 02109
(617) 725-5810

## CERTIFICATION

I hereby certify that on January 7, 2005, I mailed a copy of the within answer to the plaintiff's attorney, Richard S. Nicholson, Cooke, Clancy & Gruenthal, LLP, 150 Federal St., Boston, MA 02110

_____
Donald J. Barry, Jr.