UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of an Arbitration Between:<br>PT SUMOHADIWIDJOJO,<br>  Applicant<br>  (Respondent below)<br>and<br>BSB RESIDUAL ASSETS TRUST,<br>BSB TRUST COMPANY, LTD., Trustee,<br>  Respondent<br>  (Claimant below).<br><br><br>CITIZENS BANK<br>  Trustee | CIVIL ACTION NO. 04 12646 NG<br><br>LIMITED APPEARANCE |

The below signed appear for defendants BSB Residual Assets Trust and BSB Trust Company, Ltd. (collectively "BSB") for the limited purpose of moving to vacate the ex parte attachment against BSB's bank account at Citizens Bank.

/s/ Alison R. Aubry
Richard A. Johnston (BBO #253420)
Alison Aubry (BBO #657298)
WILMER CUTLER PICKERING HALE AND
DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

January 19, 2005