UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of an Arbitration Between:<br><br>PT SUMOHADIWIDJOJO,<br><br>　　　　Applicant<br>　　　　(Respondent below)<br><br>and<br><br>BSB RESIDUAL ASSETS TRUST,<br>BSB TRUST COMPANY, LTD., Trustee,<br><br>　　　　Respondent<br>　　　　(Claimant below).<br><br>CITIZENS BANK<br><br>　　　　Trustee | CIVIL ACTION NO. 04 12646 NG<br><br>RESPONDENTS' MOTION TO VACATE OR REDUCE <u>EX PARTE</u> ATTACHMENT<br><br>ORAL ARGUMENT REQUESTED |

Respondents BSB Residual Assets Trust and BSB Trust Company, Ltd., Trustee, (collectively "BSB") hereby move to vacate or reduce the $388,000 <u>ex parte</u> attachment issued in favor of Applicant PT Sumohadiwidjojo ("PTSW") against a bank account in the name of BSB at Citizens Bank. The reasons for so moving are set forth in the Memorandum filed herewith.

REQUEST FOR ORAL ARGUMENT

BSB believes that oral argument could assist the Court and wishes to be heard.

　　　　　　　　　　　　　　　　　BSB RESIDUAL ASSETS TRUST
　　　　　　　　　　　　　　　　　AND BSB TRUST COMPANY, LTD.,
　　　　　　　　　　　　　　　　　TRUSTEE, Respondent

　　　　　　　　　　　　　　　　　By its attorneys,

        /s/ Alison R. Aubry
Richard A. Johnston (BBO # 253420)
Alison R. Aubry (BBO # 657298)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: January 19, 2005