UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -7 P 3: 08

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| In the Matter of the Arbitration Between: )<br>)<br>PT SUMOHADIWIDJOJO, )<br>)<br>Applicant )<br>(Respondent below) )<br>)<br>and )<br>)<br>BSB RESIDUAL ASSETS TRUST, )<br>BSB TRUST COMPANY, LTD., Trustee, )<br>)<br>Respondent )<br>(Claimant below). )<br>) | C.A. NO. 0412646 NG<br><br>**STIPULATION** |

The parties hereby stipulate, through their undersigned counsel, that:

a.　Respondents' counsel has accepted service of the Summons and Application to Confirm and Enforce Foreign Arbitral Award Pursuant to 9 U.S.C. § 201, *et seq.* on behalf of Respondent, as of January 6, 2005.

b.　Such acceptance of service shall not constitute a waiver of any jurisdictional objections available to Respondents.

c.　Respondents shall have until March 7, 2005 to file responsive pleadings.

d.　Claimant shall have until February 17, 2005 to respond to Respondents' Motion to Vacate or Reduce *Ex Parte* Attachment, which was filed on January 19, 2005 and served on February 3, 2005.

Respectfully Submitted,

_/s/ Marjorie S. Cooke_  
Marjorie S. Cooke (BBO #097800)  
Richard S. Nicholson (BBO #542182)  
COOKE, CLANCY & GRUENTHAL, LLP  
150 Federal Street  
Boston, MA 02110  
Tel: (617) 428-6800  

_/s/ Richard A. Johnston_  
Richard A. Johnston (BBO #253420)  
Alison R. Aubry (BBO #657298)  
WILMER CUTLER PICKERING HALE AND
  DORR LLP  
60 State Street  
Boston, MA 02109  
Tel: (617) 526-6000  

February 2, 2005