UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In the Matter of the Arbitration Between:<br><br>**PT SUMOHADIWIDJOJO**,<br><br>    Applicant<br>    (Respondent below)<br><br>and<br><br>**BSB RESIDUAL ASSETS TRUST,**<br>**BSB TRUST COMPANY, LTD.**, Trustee,<br><br>    Respondent<br>    (Claimant below). | C.A. NO. 0412646 NG<br><br>**STIPULATION** |

The parties hereby stipulate, through their undersigned counsel, that:

a. Claimant shall have until March 17, 2005 to respond to Respondents' Motion to Vacate or Reduce *Ex Parte* Attachment.

b. Respondents shall be permitted to file a reply the Claimant's response, with leave of Court if required.

c. Respondents shall have until April 18, 2005 to file a response to Claimant's Application.

Respectfully Submitted,

| | |
|---|---|
| /s/ Richard S. Nicholson | /s/ Richard A. Johnston |
| Marjorie S. Cooke (BBO #097800) | Richard A. Johnston (BBO #253420) |
| Richard S. Nicholson (BBO #542182) | Alison R. Aubry (BBO #657298) |
| COOKE, CLANCY & GRUENTHAL, LLP | WILMER CUTLER PICKERING HALE AND |
| 150 Federal Street |   DORR LLP |
| Boston, MA  02110 | 60 State Street |
| Tel: (617) 428-6800 | Boston, MA  02109 |
| | Tel: (617) 526-6000 |

Dated:  March 3, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of the Arbitration Between:<br><br>PT SUMOHADIWIDJOJO,<br><br>　　　　Applicant<br>　　　(Respondent below)<br><br>and<br><br>BSB RESIDUAL ASSETS TRUST,<br>BSB TRUST COMPANY, LTD., Trustee,<br><br>　　　　Respondent<br>　　　(Claimant below). | C.A. NO. 0412646 NG<br><br><br><br><br><br>**STIPULATION** |

The parties hereby stipulate, through their undersigned counsel, that:

a.   Claimant shall have until March 3, 2005 to respond to Respondents' Motion to Vacate or Reduce *Ex Parte* Attachment, which was filed on January 19, 2005.

b.   Respondents shall have until April 4, 2005 to file responsive pleadings.

Respectfully Submitted,

_____
Marjorie S. Cooke (BBO #097800)
Richard S. Nicholson (BBO #542182)
COOKE, CLANCY & GRUENTHAL, LLP
150 Federal Street
Boston, MA 02110
Tel: (617) 428-6800

_____
Richard A. Johnston (BBO #253420)
Alison R. Aubry (BBO #657298)
WILMER CUTLER PICKERING HALE AND
  DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000

Dated: February 8, 2005