UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of an Arbitration Between:<br><br>PT SUMOHADIWIDJOJO,<br><br>      Applicant<br>      (Respondent below)<br><br>and<br><br>BSB RESIDUAL ASSETS TRUST,<br>BSB TRUST COMPANY, LTD., Trustee,<br><br>      Respondent<br>      (Claimant below).<br><br><br>CITIZENS BANK<br><br>      Trustee | ))))))))))))))))))))))))))<br><br>CIVIL ACTION NO. 04 12646 NG |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule D. Mass. 83.5.2(c), the below-named counsel hereby withdraws

her appearance as counsel for Respondents BSB Residual Assets Trust and BSB Trust Company,

Ltd., Trustee, (collectively "BSB") in the above-captioned matter.  Richard Johnston and Wilmer

Cutler Pickering Hale and Dorr will continue represent BSB in this matter.


Respectfully submitted,


/s/   Alison Aubry
Alison Aubry (Bar No. 11637)

## CERTIFICATE OF SERVICE

I, Alison R. Aubry, hereby certify that on March 17, 2005, I served a copy of the above Notice of Withdrawal on the following by first class mail:

Richard Nicholson
Cooke, Clancy & Gruenthal, LLP
150 Federal Street
12th Floor
Boston, MA 02110

/s/    Alison Aubry

US1DOCS 5018181v1