UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In the Matter of the Arbitration Between:<br><br>**PT SUMOHADIWIDJOJO**,<br><br>    Applicant<br>    (Respondent below)<br><br>v.<br><br>**BSB RESIDUAL ASSETS TRUST,**<br>**BSB TRUST COMPANY, LTD.**, Trustee,<br><br>    Respondent<br>    (Claimant below).<br>and<br><br>**CITIZENS BANK**, Trustee. | **CIVIL ACTION NO. 04 12646 NG**<br><br><br>**CERTIFICATE OF SERVICE** |

I, Richard S. Nicholson, Attorney of record for the Applicant, PT Sumohadiwidjojo hereby certify that on March 18, 2005, I served a copy of: (1) PTSW'S OPPOSITION TO RESPONDENT'S MOTION TO VACATE OR REDUCE *EX PARTE* ATTACHMENT; (2) the AFFIDAVIT OF RICHARD S. NICHOLSON, ESQ., with Exhibits 1 through 4; and (3) this CERTIFICATE, by hand delivery to the Attorney of record for Respondent, BSB Residual Assets Trust, BSB Trust Company, Ltd., Trustee.

/s/ Richard S. Nicholson
Richard S. Nicholson (BBO # 542182)
COOKE, CLANCY & GRUENTHAL, LLP
150 Federal Street
Boston, MA 02110
(617) 428-6800