UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of an Arbitration Between:<br><br>PT SUMOHADIWIDJOJO,<br><br>        Applicant<br>        (Respondent below)<br><br>and<br><br>BSB RESIDUAL ASSETS TRUST,<br>BSB TRUST COMPANY, LTD., Trustee,<br><br>        Respondent<br>        (Claimant below).<br><br>CITIZENS BANK<br><br>        Trustee | CIVIL ACTION NO. 04 12646 NG<br><br>RESPONDENTS' MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO VACATE OR REDUCE *EX PARTE* ATTACHMENT |

      Respondents BSB Residual Assets Trust and BSB Trust Company, Ltd., Trustee, (together "BSB") hereby move, pursuant to Local Rule 7.1(B)(3), for leave to submit the accompanying Respondents' Reply Memorandum in Support of Respondents' Motion to Vacate or Reduce *Ex Parte* Attachment ("Reply Memorandum").

      As grounds for this motion, BSB states that Applicant PT Sumohadiwidjojo ("PTSW") has stipulated that BSB may file a Reply Memorandum. Furthermore, on March 11, 2005, the Registrar of the Singapore International Arbitration Centre ("SIAC") issued a certificate taxing costs in the SIAC arbitration in an agreed amount of approximately $287,000. This change in the pertinent facts occurred after BSB filed its Motion to Vacate or Reduce *Ex Parte* Attachment ("Motion") but before PTSW filed its opposition thereto, such that PTSW was able to address it

1

2

but BSB was not.  BSB further submits that the arguments contained in the Reply Memorandum will assist the Court in deciding the issues raised by the Motion.

          BSB RESIDUAL ASSETS TRUST
          AND BSB TRUST COMPANY, LTD.,
          TRUSTEE, Respondent

          By its attorney,


          /s/ Richard A. Johnston __
          Richard A. Johnston (BBO # 253420)
          WILMER CUTLER PICKERING
          HALE AND DORR LLP
          60 State Street
          Boston, MA  02109
          (617) 526-6000
          richard.johnston@wilmerhale.com

Dated: March 28, 2005