UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In the Matter of an Arbitration Between:<br><br>PT SUMOHADIWIDJOJO,<br>    Applicant<br>    (Respondent below)<br><br>And<br><br>BSB RESIDUAL ASSETS TRUST,<br>BSB TRUST COMPANY, LTD., Trustee,<br>    Respondent<br>    (Claimant below).<br><br>CITIZENS BANK<br>    Trustee | CIVIL ACTION NO. 04 12646 NG<br><br>LIMITED APPEARANCE OF<br>MARK C. FLEMING |

      Mark C. Fleming appears for respondents BSB Residual Assets Trust and BSB Trust Company, Ltd. (collectively "BSB") for the limited purpose of moving to vacate the *ex parte* attachment against BSB's bank account at Citizens Bank.

      /s/ Mark C. Fleming _____
      Mark C. Fleming (BBO #639358)
      WILMER CUTLER PICKERING HALE AND DORR LLP
      60 State Street
      Boston, MA 02109
      Tel: (617) 526-6000
      Fax: (617) 526-5000
      mark.fleming@wilmerhale.com

April 1, 2005