UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

**PT Sumohadiwidjojo**

    v.

                        CA/CR No. <u>04-12646 -NG</u>

**Citizen Bank**

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **DEIN** for the following proceedings:

( )        Referred for full pretrial case management, including all dispositive motions.

( )        Referred for full pretrial case management, <u>not</u> including dispositive motions:

(A)        Referred for discovery purposes only.

(B)        Referred for Report and Recommendation on:

            ( ) Motion(s) for injunctive relief

            ( ) Motion(s) for judgment on the pleadings

            ( ) Motion(s) for summary judgment

            ( ) Motion(s) to permit maintenance of a class action

            ( ) Motion(s) to suppress evidence

            ( ) Motion(s) to dismisss or in the alternative for Summary Judgment.

            ( ) Post Conviction Proceedings[1]

        See Documents Numbered:

(C)        Case referred for events only. See Doc. No(s). _____

(D)        Case referred for settlement.

        Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:

        ( ) In accordance with Rule 53, F.R.Civ.P.

        ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(E)        **Special Instructions:  For a Ruling on #28 Motion to Stay Confirmation & Enforcement**

                                                   By:    <u>s/ Maryellen Molloy</u>

<u>Date 5/3/05</u>                                                         Deputy Clerk

---

[1]