UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of an Arbitration Between:<br><br>**PT SUMOHADIWIDJOJO,**<br><br>Applicant<br>(Respondent below)<br><br>and<br><br>**BSB RESIDUAL ASSETS TRUST,**<br>**BSB TRUST COMPANY, LTD., Trustee,**<br><br>Respondent<br>(Claimant below).<br><br>**CITIZENS BANK,**<br><br>Trustee. | CIVIL ACTION NO. 04-12646 NG<br><br><br><br>**FILING OF DULY CERTIFIED**<br>**ARBITRAL REGISTRAR'S CERTIFICATE** |

    PT Sumohadiwidjojo, by its undersigned attorney and pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards as adopted in 9 U.S.C. §§ 201 *et seq.*, hereby files the attached, duly certified copy of the Registrar's Certificate on the taxation of costs, which forms a part of the Final Award of the Singapore International Arbitration Centre dated December 15, 2004, in SIAC Arbitration No. ARB002/04.

    Respectfully submitted,

    **PT SUMOHADIWIDJOJO,**

    By its Attorneys,

    */s/ Richard S. Nicholson*
    Marjorie Sommer Cooke (BBO# 097800)
    Richard S. Nicholson (BBO # 542182)
    COOKE, CLANCY & GRUENTHAL, LLP
    150 Federal Street
    Boston, MA 02110
Dated: March 15, 2005    (617) 428-6800

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2005, I caused a copy of the within document and attachment to be served upon counsel for the Respondent, by first-class mail, as follows:

Richard A. Johnston, Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109

_____
Richard S. Nicholson

# SIAC

## SINGAPORE INTERNATIONAL ARBITRATION CENTRE

{ARB NO. 002 OF 2004}
Bill of Costs No. 01 of 2005

In the Matter of an Arbitration

Between

**BSB RESIDUAL ASSETS TRUST**

... (Claimants)

And

**PT SUMOHADIWIDJOJO**

... (Respondents)

## CERTIFICATION

This is to certify that the attached document is a true copy of the **Registrar's Certificate** in the above Cause issued on **11th March 2005 at Singapore**.

Dated this 11th day of March 2005

**Ganesh Chandru**
**Assistant Registrar**

# SIAC

## IN THE SINGAPORE INTERNATIONAL ARBITRATION CENTRE

ARB 002 of 2004
Bill of Costs No. 01 of 2005

### IN THE MATTER OF AN ARBITRATION

Between

**BSB RESIDUAL ASSETS TRUST** ... Claimants

And

**PT SUMOHADIWIDJOJO**

... Respondents

### REGISTRAR'S CERTIFICATE

In the Award dated 15 December 2004 it was ordered that:

> "the Claimants pay the Respondents the latter's legal costs, expenses and disbursements of this arbitration referred to in Rule 30.3 of the SIAC Rules to be agreed between the parties and failing agreement to be taxed by the Registrar of SIAC."

I have on 25 February 2005 heard counsel for parties on the Respondents' Application for Taxation of Costs dated 18 January 2005.

I certify that by parties' agreement I have taxed the costs payable by the Claimants to the Respondents and allowed the same as:-

a) US$272,694.18 for legal costs;
b) US$331 and S$12,019.61 being expenses and disbursements incurred;
c) US$1,250 for costs incurred in this taxation; and
d) S$8,922.82 being taxing fees.

Dated this 11th day of March 2005.

Certified true copy of the original

_____
pp Registrar

_____
Registrar
Singapore International Arbitration Centre