UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In the Matter of the Arbitration Between:<br><br>PT SUMOHADIWIDJOJO,<br><br>    Applicant<br>    (Respondent below)<br><br>and<br><br>BSB RESIDUAL ASSETS TRUST,<br>BSB TRUST COMPANY, LTD., Trustee,<br><br>    Respondent<br>    (Claimant below). | Civil Action No. 04 12646 NG<br><br>**STIPULATION** |

The parties hereby stipulate, through their undersigned counsel, that:

a.  Applicant shall have until May 19, 2005 to file an opposition to Respondent's Motion to Stay Confirmation and Enforcement of the SIAC Award in this matter.

b.  Applicant shall have until May 19, 2005 to respond to Respondent's assertion of a counterclaim in this matter.

c.  Respondent shall have until May 31, 2005 to file a reply brief, with leave of court if required, in support of Respondent's Motion to Stay Confirmation and Enforcement of the SIAC Award in this matter.

d.  Applicant's stipulation is without prejudice to its position that Respondent is not entitled to assert counterclaims or claims in setoff or recoupment in this matter, or its position that the Court lacks personal and subject matter jurisdiction over Applicant with respect to any such counterclaims or claims.

e.       Respondent's stipulation is without prejudice to its position that Respondent is entitled to assert counterclaims and claims in setoff and recoupment in this matter, or its position that the Court has personal and subject matter jurisdiction over Applicant with respect to any such counterclaims or claims.

| /s/ Richard S. Nicholson | /s/ Mark C. Fleming |
|---|---|
| Richard S. Nicholson (BBO #542182) | Richard A. Johnston (BBO #253420) |
| COOKE CLANCY & GRUENTHAL LLP | Mark C. Fleming (BBO #639358) |
| 265 Franklin Street | WILMER CUTLER PICKERING HALE AND |
| Boston, MA  02110 | DORR LLP |
| Tel.: (617) 428-6800 | 60 State Street |
| | Boston, MA  02109 |
| | Tel: (617) 526-6000 |

Dated:  May 10, 2005