UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of an Arbitration Between:<br><br>PT SUMOHADIWIDJOJO,<br><br>  Applicant and<br>  Counterclaim Defendant<br>  (Respondent below)<br><br>and<br><br>BSB RESIDUAL ASSETS TRUST,<br>BSB TRUST COMPANY, LTD., Trustee,<br><br>  Respondent and<br>  Counterclaim Plaintiff<br>  (Claimant below).<br><br>CITIZENS BANK<br><br>  Trustee | CIVIL ACTION NO. 04 12646 NG<br><br>RESPONDENT'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF RESPONDENT'S MOTION TO STAY CONFIRMATION AND ENFORCEMENT OF THE SIAC AWARD |

  Respondent BSB Residual Assets Trust and BSB Trust Company, Ltd., Trustee (together "BSB") hereby moves, pursuant to Local Rule 7.1(B)(3), for leave to submit the accompanying Respondent's Reply Memorandum in Support of Respondent's Motion to Stay Confirmation and Enforcement of the SIAC Award ("Reply Memorandum").

  As grounds for this motion, BSB states that Applicant PT Sumohadiwidjojo has stipulated that BSB may file a Reply Memorandum. BSB further submits that the arguments contained in the Reply Memorandum will assist the Court in deciding the issues raised by BSB's pending motion.

1

Respectfully submitted,

BSB RESIDUAL ASSETS TRUST
AND BSB TRUST COMPANY, LTD.,
TRUSTEE, Respondent and Counterclaim Plaintiff

By its attorneys,

/s/ Mark C. Fleming _____
Richard A. Johnston (BBO # 253420)
Mark C. Fleming (BBO # 639358)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000
richard.johnston@wilmerhale.com
mark.fleming@wilmerhale.com

Dated: May 31, 2005

2