UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of an Arbitration Between:<br><br>PT SUMOHADIWIDJOJO,<br><br>    Applicant and<br>    Counterclaim Defendant<br>    (Respondent below)<br><br>and<br><br>BSB RESIDUAL ASSETS TRUST,<br>BSB TRUST COMPANY, LTD., Trustee,<br><br>    Respondent and<br>    Counterclaim Plaintiff<br>    (Claimant below).<br><br>CITIZENS BANK<br><br>    Trustee | CIVIL ACTION NO. 04 12646 NG<br><br>ASSENTED-TO MOTION FOR LEAVE TO FILE A BRIEF EXCEEDING 20 PAGES IN LENGTH IN OPPOSITION TO APPLICANT'S MOTION TO STRIKE OR DISMISS, OR TO STAY, RESPONDENT'S COUNTERCLAIM |

      Respondent BSB Residual Assets Trust and BSB Trust Company, Ltd., Trustee (together "BSB") hereby moves, pursuant to Local Rule 7.1(B)(4), for leave to file an opposition memorandum of 26 pages in length to the motion to strike, dismiss, or stay BSB's counterclaim filed by Applicant PT Sumohadiwidjojo ("PTSW").

      As grounds for this motion, BSB states that the additional page length is required to address the arguments raised in PTSW's 24-page memorandum in support of its motion.

1

2

Undersigned counsel certifies pursuant to Local Rule 7.1(A)(2) that counsel for BSB has conferred with counsel for PTSW on the matter set forth in this motion and that PTSW has assented to this motion.

        Respectfully submitted,

        BSB RESIDUAL ASSETS TRUST
        AND BSB TRUST COMPANY, LTD.,
        TRUSTEE, Respondent and Counterclaim Plaintiff

        By its attorneys,

        /s/ Mark C. Fleming __
        Richard A. Johnston (BBO # 253420)
        Mark C. Fleming (BBO # 639358)
        WILMER CUTLER PICKERING
        HALE AND DORR LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6000
        richard.johnston@wilmerhale.com
        mark.fleming@wilmerhale.com

Dated: June 16, 2005

2