UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In the Matter of the Arbitration Between: )<br>)<br>PT SUMOHADIWIDJOJO, )<br>)<br>    Applicant )<br>    (Respondent below) )<br>)<br>and )<br>)<br>BSB RESIDUAL ASSETS TRUST, )<br>BSB TRUST COMPANY, LTD., Trustee, )<br>)<br>    Respondent )<br>    (Claimant below). )<br>)<br>CITIZENS BANK )<br>)<br>    Trustee. )<br>) | Civil Action No. 04 12646 NG<br><br>**STIPULATION REGARDING<br>VACATUR OF ATTACHMENT** |

      Applicant PT Sumohadiwidjojo ("PTSW") and Respondent BSB Residual Assets Trust and BSB Trust Company, Ltd., Trustee ("BSB"), through their undersigned counsel, hereby stipulate as follows:

      a.    The parties have reached a mutually satisfactory settlement of their dispute. The parties wish to carry out this settlement as soon as possible.

      b.    The parties hereby consent to the vacatur of the attachment of the funds owned by BSB and deposited in BSB's accounts at Trustee Citizens Bank in Boston, Massachusetts ("Citizens"), which were attached pursuant to this Court's order of December 17, 2004, as modified by the Order on Respondents' Motion to Vacate or Reduce Ex Parte Attachment (April 12, 2005) (Dein, M.J.).

1

2

       c.       The parties consent to the immediate release of all funds in BSB's account, and have jointly designated Joseph A. Filippelli, Esq. as the person to whom Citizens shall release such funds, for such further disposition as the parties and Mr. Filippelli have agreed.

| | |
|---|---|
| /s/ Richard S. Nicholson | /s/ Mark C. Fleming |
| Richard S. Nicholson (BBO #542182) | Richard A. Johnston (BBO #253420) |
| COOKE CLANCY & GRUENTHAL LLP | Mark C. Fleming (BBO #639358) |
| 265 Franklin Street | WILMER CUTLER PICKERING HALE AND |
| Boston, MA  02110 |     DORR LLP |
| Tel.: (617) 428-6800 | 60 State Street |
| | Boston, MA  02109 |
| | Tel: (617) 526-6000 |
| | |
| Counsel for PT Sumohadiwidjojo | Counsel for BSB Residual Assets Trust and BSB Trust Company, Ltd., Trustee |

Dated:  December 23, 2005