# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In the Matter of the Arbitration Between: | ) | |
| | ) | |
| PT SUMOHADIWIDJOJO, | ) | |
| | ) | |
| Applicant | ) | Civil Action No. 04 12646 NG |
| | ) | |
| and | ) | |
| | ) | **STIPULATION OF** |
| BSB RESIDUAL ASSETS TRUST, | ) | **DISMISSAL WITH PREJUDICE** |
| BSB TRUST COMPANY, LTD., Trustee, | ) | |
| | ) | |
| Respondent | ) | |

Applicant PT Sumohadiwidjojo ("PTSW") and Respondent BSB Residual Assets Trust and BSB Trust Company, Ltd., Trustee ("BSB"), in accordance with the settlement agreement as previously reported to the Court, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), and by their undersigned counsel, hereby stipulate to the dismissal of all applications, claims and counterclaims in the within action, with prejudice, each side to bear their own costs and attorneys' fees.

Respectfully submitted,


/s/ Richard S. Nicholson
Richard S. Nicholson (BBO #542182)
COOKE CLANCY & GRUENTHAL LLP
265 Franklin Street
Boston, MA  02110
Tel.: (617) 428-6800


Counsel for PT Sumohadiwidjojo


Dated:  January 13, 2006

/s/ Mark C. Fleming
Richard A. Johnston (BBO #253420)
Mark C. Fleming (BBO #639358)
WILMER CUTLER PICKERING HALE AND
     DORR LLP
60 State Street Boston, MA  02109
Tel: (617) 526-6000



Counsel for BSB Residual Assets Trust and BSB
Trust Company, Ltd., Trustee